| | |
|---|---|
| ZIEVE, BRODNAX & STEELE, LLP<br>Shadd A. Wade, Esq.<br>Nevada Bar No. 11310<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>(702) 948-8565; FAX (702) 446-9898<br>swade@zbslaw.com<br>*Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity But as Trustee of ARLP Trust 3* | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; THE CLARKSON LAW GROUP, P.C., a Nevada professional corporation; FALLEN LEAF HOMEOWNERS ASSOCIATION, a Nevada corporation; PAUL E. MORDEN, an individual; CHERYL L. MORDEN, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 3:17-cv-00089-RCJ-VPC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT THE CLARKSON LAW GROUP, P.C.** |

Plaintiff CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2005-27 (hereinafter "Plaintiff"), by and through its attorney of record Shadd A. Wade, Esq. of the law firm of Zieve Brodnax & Steele, LLP and Defendant THE CLARKSON LAW GROUP, P.C. ( "Clarkson"), by and through its attorney of record James B. Fairbanks, Esq., hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant Clarkson is hereby dismissed WITH PREJUDICE, each party to bear its own fees and costs.

IT IS HEREBY STIPULATED AND AGREED that Defendant Clarkson's Motion for Judgment on the Pleadings [ECF 30] is withdrawn as moot.

IT IS FURTHER STIPULATED AND AGREED that Clarkson will retain the excess proceeds from the HOA lien foreclosure sale of the property known as 17000 Wedge Parkway #521, Reno, Nevada 89511, conducted on behalf of Fallen Leaf Homeowners Association on June 9, 2015, until the conclusion of this litigation and a determination as to whether Plaintiff's Deed of Trust was extinguished. At that time, Plaintiff's counsel will notify Clarkson of the outcome, and of any claim Plaintiff may have to the excess proceeds.

IT IS SO STIPULATED AND AGREED.

Dated this __31st__ day of August, 2017.    Dated this __31st__ day of August, 2017.

ZIEVE BRODNAX & STEELE, LLP                 THE CLARKSON LAW GROUP, P.C.

/s/Shadd A. Wade, Esq.                       /s/James B. Fairbanks, Esq.
Shadd A. Wade, Esq.                          James B. Fairbanks, Esq.
Nevada Bar No. 11310                         Nevada Bar No. 7330
3753 Howard Hughes Parkway, Suite 200        2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89169                          Las Vegas, Nevada 89102
*Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity But as Trustee of ARLP Trust 3*    *Attorneys for Defendant The Clarkson Law Group P.C.*

Case No.: 3:17-cv-00089-RCJ-VPC

**ORDER**

Based upon the foregoing Stipulation by and between the parties, and good cause appearing, IT IS HEREBY ORDERED that Clarkson Law Group, P.C. is dismissed with prejudice, each party to bear its own fees and costs.

DATED: Nunc Pro Tunc: August 31, 2017.     _____
DISTRICT COURT JUDGE

Respectfully submitted,

**ZIEVE BRODNAX & STEELE, LLP**

/s/Shadd A. Wade, Esq.
Shadd A. Wade, Esq.
Nevada Bar No. 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
*Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity But as Trustee of ARLP Trust 3*