ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

*Left margin (rotated):* ROGER P. CROTEAU & ASSOCIATES, LTD. • 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 • Telephone: (702) 254-7775 • Facsimile (702) 228-7719

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, a national bank, <br><br> Plaintiff, <br><br> vs. <br><br> THUNDER PROPERTIES, INC., a Nevada corporation; THE CLARKSON LAW GROUP, P.C., a Nevada professional corporation; FALLEN LEAF HOMEOWNERS ASSOCIATION, a Nevada corporation; PAUL E. MORDEN, an individual; CHERYL L. MORDEN, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive, <br><br> Defendants. | Case No.  3:17-cv-00089-RCJ-VPC |

<u>**STIPULATION AND ORDER TO EXTEND TIME TO**</u>
<u>**RESPOND TO MOTION FOR SUMMARY JUDGMENT**</u>
**(First Request)**

COMES NOW Plaintiff, CHRISTIANA TRUST, A DIVISION OF WILMINGTON

SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS

TRUSTEE OF ARLP TRUST 3, and Defendants, THUNDER PROPERTIES, INC. and

FALLEN LEAF HOMEOWNERS ASSOCIATION, by and through their undersigned counsel,

and hereby stipulate and agree as follows:

17000 Wedge

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1.   On November 30, 2017, Plaintiff filed a Motion for Summary Judgment herein [ECF #33].  Responses are presently due on December 21, 2017.

2.   Defendants' counsel have been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.

3.   The parties are presently engaged in settlement negotiations and desire to continue these negotiations before spending additional time and resources herein.

4.   Based upon the foregoing, Defendants have requested and shall be granted an extension of time until January 22, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

5.   This Stipulation is made in good faith and not for purpose of delay.

Dated this _____19ᵗʰ_____ day of December, 2017.

ROGER P. CROTEAU &
ASSOCIATES, LTD.

ZIEVE, BRODNAX & STEELE, LLP


/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

/s/ *John S. Dolembo*
JOHN S. DOLEMBO, ESQ.
Nevada Bar No. 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
702-948-8565
702-446-9898 (fax)
sdolembo@zbslaw.com
*Attorney for Plaintiff*
*Christiana Trust*

TYSON & MENDES, LLP


/s/ *Margaret E. Schmidt*
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
8275 South Eastern Ave., Ste. 115
Las Vegas, NV 89123
702-724-2648
702-938-1048 (fax)
mschmidt@tysonmendes.com
*Attorney for Defendant*
*Fallen Leaf Homeowners Association*

17000 Wedge

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.   3:17-cv-00089-RCJ-VPC
STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT
(First Request)

**IT IS SO ORDERED.**

By: _____
        Judge, U.S. District Court

Dated: __12-21-2017__

17000 Wedge