ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; THE CLARKSON LAW GROUP, P.C., a Nevada professional corporation; FALLEN LEAF HOMEOWNERS ASSOCIATION, a Nevada corporation; PAUL E. MORDEN, an individual; CHERYL L. MORDEN, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No.   3:17-cv-00089-RCJ-VPC |

<u>**STIPULATION AND ORDER TO EXTEND TIME TO**</u>
<u>**RESPOND TO MOTION FOR SUMMARY JUDGMENT**</u>
(Second Request)

COMES NOW Plaintiff, CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, and Defendants, THUNDER PROPERTIES, INC. and

FALLEN LEAF HOMEOWNERS ASSOCIATION, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On November 30, 2017, Plaintiff filed a Motion for Summary Judgment herein [ECF #33].

2. On December 19, 2017, the parties submitted a Stipulation [ECF #35] extending the time to respond to the Motion for Summary Judgment until January 22, 2018. Said Stipulation was approved by the Court on December 21, 2017 [ECF #36].

3. The parties have engaged in settlement negotiations that have resulted in an amicable resolution of this matter as it relates to them. The parties desire approximately 60 days in which to prepare, execute and file the documents necessary to resolve and dismiss this action as it relates to them.

4. The Plaintiff has not yet determined whether it will take further action against the defaulted Defendants who have not yet appeared herein.

5. Based upon the foregoing, the parties agree that the time in which to respond to Plaintiff's Motion for Summary Judgment shall be extended until March 22, 2018. The parties anticipate that the pending Motion will be rendered moot prior to said time.

//
//
//
//
//
//
//
//
//
//
//
//

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this 11th day of January, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | ZIEVE, BRODNAX & STEELE, LLP |
|---|---|

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

/s/ *John S. Dolembo*
JOHN S. DOLEMBO, ESQ.
Nevada Bar No. 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
702-948-8565
702-446-9898 (fax)
sdolembo@zbslaw.com
*Attorney for Plaintiff*
*Christiana Trust*

TYSON & MENDES, LLP

/s/ *Margaret E. Schmidt*
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
8275 South Eastern Ave., Ste. 115
Las Vegas, NV 89123
702-724-2648
702-938-1048 (fax)
mschmidt@tysonmendes.com
*Attorney for Defendant*
*Fallen Leaf Homeowners Association*

IT IS SO ORDERED.

By: _____
Judge, U.S. District Court

Dated: JANUARY 17, 2018

17000 Wedge