ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
(702) 948-8565; FAX (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
*Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity But as Trustee of ARLP Trust 3*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; THE CLARKSON LAW GROUP, P.C., a Nevada professional corporation; FALLEN LEAF HOMEOWNERS ASSOCIATION, a Nevada corporation; PAUL E. MORDEN, an individual; CHERYL L. MORDEN, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 3:17-cv-00089-RCJ-VPC<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff, CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AAS TRUSTEE OF ARLP TRUST 3, Defendant THUNDER PROPERTIES, INC., and Defendant FALLEN LEAF HOMEOWNERS ASSOCIATION, (collectively, the "Settling

Page 1 of 3

Parties"), hereby notify the Court that the Settling Parties have settled this matter. All necessary terms have been negotiated and the Settling Parties have executed a settlement agreement. The Settling Parties are in the process of fulfilling their respective obligations under said settlement agreement. This is expected to take not longer than sixty (60) days. Upon completion of all parties' obligations, this matter shall be dismissed in its entirety.

Therefore, the Settling Parties request that this Court vacate all pending deadlines and filing requirements as to the parties, including but not limited to the briefing of the pending Motion for Summary Judgment. [ECF No. 33].

Accordingly, the parties request that this Court set a deadline sixty (60) days from today for either: (1) dismissal of this action as to all parties, or (2) filing a joint status report regarding the status of the settlement and dismissal.

## ORDER

IT IS HEREBY ORDERED that this matter is stayed for sixty (60) days from entry of this order.

IT IS FURTHER ORDERED that Oral Argument currently set for May 8, 2018 at 10:00A.M. is VACATED.

IT IS FURTHER ORDERED the parties shall file a joint status report or dismissal papers on or before sixty (60) days from entry of this order.

IT IS SO ORDERED this 3rd day of April, 2018.

_____
ROBERT C. JONES