# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, a national bank,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>THUNDER PROPERTIES, INC, a Nevada corporation, *et al.,*<br><br>　　　　　　　　Defendants. | Case No.:　3:17-CV-00089-RCJ-VPC<br><br>**ORDER** |

　　　Presently before the Court is Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity but as Trustee of ARLP Trust 3's Motion for Summary Judgment (ECF No. 33). On April 3, 2018, the Court entered Order (ECF No. 43) staying proceedings for sixty (60) days. Accordingly,

　　　IT IS HEREBY ORDERED that the parties shall file a status report with the Court or a stipulated dismissal on or before 5:00 p.m. Friday, June 8, 2018.

　　　IT IS SO ORDERED this 5th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　District Judge