ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Rd., Suite 120
Las Vegas, Nevada 89148
(702) 948-8565; FAX (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
*Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity But as Trustee of ARLP Trust 3*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, a national bank,<br><br>    Plaintiff,<br><br>    vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; THE CLARKSON LAW GROUP, P.C., a Nevada professional corporation; FALLEN LEAF HOMEOWNERS ASSOCIATION, a Nevada corporation; PAUL E. MORDEN, an individual; CHERYL L. MORDEN, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive.<br><br>    Defendants. | Case No.: 3:17-cv-00089-RCJ-VPC<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS THUNDER PROPERTIES, INC. AND FALLEN LEAF HOMEOWNERS ASSOCIATION** |

Plaintiff CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2005-27 (hereinafter "Plaintiff"), by and through its attorney of record J. Stephen Dolembo, Esq. of Zieve Brodnax & Steele, LLP, Defendant THUNDER PROPERTIES, INC., by and through its attorney of record

Timothy E. Rhoda, Esq. of Roger P. Croteau & Associates, Ltd., and Defendant FALLEN LEAF HOMEOWNERS ASSOCIATION, by and through its attorney of record Margaret Schmidt, Esq. of Tyson & Mendes LLP, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant Thunder Properties, Inc. is hereby dismissed WITH PREJUDICE, each party to bear its own fees and costs.

IT IS HEREBY STIPULATED AND AGREED that Defendant Fallen Leaf Homeowners Association is hereby dismissed WITH PREJUDICE, each party to bear its own fees and costs.

IT IS HEREBY STIPULATED AND AGREED that Defendants other than Thunder Properties, Inc. and Fallen Leaf Homeowners Association have been previously dismissed from this action and the Plaintiff's claims herein have been fully and finally resolved.

IT IS SO STIPULATED AND AGREED.

Dated this __6th____ day of June, 2018.

| ZIEVE BRODNAX & STEELE, LLP | ROGER P. CROTEAU & ASSOCIATIES, LTD. |
|---|---|
| /s/J. Stephen Dolembo, Esq. <br> J. Stephen Dolembo, Esq. <br> Nevada Bar No. 9795 <br> 9435 W. Russell Road, Suite 120 <br> Las Vegas, NV 89148 <br> *Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity But as Trustee of ARLP Trust 3* | /s/Timothy E. Rhoda, Esq._____ <br> Timothy E. Rhoda, Esq. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendant Thunder Properties, Inc.* |
| TYSON & MENDES LLP <br><br> /s/Margaret E. Schmidt, Esq.____ <br> Margaret E. Schmidt, Esq. <br> Nevada Bar No. 12489 <br> 3960 Howard Hughes Pkwy., Suite 600 <br> Las Vegas, Nevada 89169 <br> *Attorneys for Defendant Fallen Leaf Homeowners Association* | |

<u>**Case No.: 3:17-cv-00089-RJC-VPC**</u>

**ORDER OF DISMISSAL**

On this day the court considered the joint stipulation of dismissal submitted by Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity But as Trustee of ARLP Trust 3 ("Christiana Trust"), Defendant Thunder Properties, Inc., and Defendant Fallen Leaf Homeowners Association, and found that the parties' request has merit and should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED, and DECREED** all claims asserted by the parties, or that could have been asserted by the parties in this case are hereby dismissed with prejudice.

All costs are to be borne by the party incurring same.

It is the intent of this court that this final judgment disposes of all claims against all parties in the above-styled and -numbered cause and this judgment be, and is, final for all purposes, including, but not limited to, appeal.

**IT IS SO ORDERED.**

Dated this 15 day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

ZIEVE, BRODNAX & STEELE, LLP

<u>/s/J. Stephen Dolembo, Esq.            </u>
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Rd., Suite 120
Las Vegas, Nevada 89148
sdolembo@zbslaw.com
Attorneys for *Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity But as Trustee of ARLP Trust 3*