UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, a national bank,

Plaintiff,

v.

THUNDER PROPERTIES, INC., et. al.,

Defendants.

Case No.: 3:17-cv-00089-RCJ-VPC

**ORDER**

Before this Court is Plaintiff's Withdrawal of Lis Pendens (ECF No. 48). On April 6, 2017, Plaintiff filed the Notice of Lis Pendens (ECF No. 10) with this Court. This Case was dismissed with prejudice on June 15, 2018. (ECF No. 47). The Notice affected two properties:

PARCEL 1:
Unit 055 in Building 5 of the Official Plat of FALLEN LEAF @ GALENA CONDOMINIUMS, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on February 8, 2005, as File No. 3166983 of Official Records and as Tract Map No. 4443, and as amended by Certificate of Amendment which recorded September 16, 2005 as Document No. 3278062 Official Records of Washoe County, Nevada.

PARCEL 2:
An undivided 1/245th interest in an to all Common Elements as set forth in that certain Declaration of Covenants, Conditions and Restrictions for Fallen Leaf recorded February 8, 2005 as document No. 3166987 of Official Records, and as shown on Official Plat of FALLEN LEAF @ GALENA CONDOMINIUMS, according to the map filed for record in the office of the County Recorder of Washoe County, State of Nevada on February 8, 2005 as File No. 3166983 of Official Records and as Tract Map No. 4443, and as amended by Certificate of Amendment which recorded September 16, 2005 as Document No.3278062 Official Records of Washoe County, Nevada.

*///*

**CONCLUSION**

IT IS HEREBY ORDERED that the Plaintiff's Withdrawal of Lis Pendens (ECF No. 48) is GRANTED.

IT IS SO ORDERED.

DATED: This 18th day of April, 2019.

_____
ROBERT C. JONES
United States District Judge